# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JOSEPH ANDREW DAVIS,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12cv166, 3:00cr43

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2012 Order.

Signed: October 19, 2012

Frank G. Johns, Clerk
United States District Court